```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAEL CRUZ, Individually, and On Behalf of All Others                  :
Similarly Situated,                                                    :
                                                                       :
                                Plaintiff,                             :    21 Civ. 9952 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
BETTY LOU'S, INC.,                                                     :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 21, 2022, the Court referred this case to the Court-annexed Mediation Program. *See* Dkt. 12.  The Court recently was advised that the ordered mediation did not occur because one or both parties failed to participate in the mediation.  By April 14, 2022, the parties shall file a joint letter explaining why the Court-ordered mediation did not take place.

    SO ORDERED.

Dated: April 11, 2022  
       New York, New York

                                             JOHN P. CRONAN  
                                           United States District Judge