UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHAEL CRUZ, *Individually, and On Behalf of All Others* :
*Similarly Situated*, :
:
                        Plaintiff, :      21 Civ. 9952 (JPC)
:
       -v- :      ORDER
:
BETTY LOU'S, INC., :
:
                        Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 7, 2022, the Court ordered the parties to file a joint status letter by August 7, 2022 if they had not filed a stipulation of dismissal by that date. Dkt. 21. To date, the parties have not filed the required joint status letter. If the parties have not filed a stipulation of dismissal by August 18, 2022, then the parties shall file the required joint status letter by that date.

      SO ORDERED.

Dated: August 11, 2022
       New York, New York
                                                    JOHN P. CRONAN
                                                 United States District Judge